People v Rouse (2024 NY Slip Op 01380)

People v Rouse

2024 NY Slip Op 01380

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

6 KA 21-00639

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
NAJEE ROUSE, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JAMES A. HOBBS OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (AMY N. WALENDZIAK OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered April 15, 2021. The judgment convicted defendant upon a guilty plea of attempted criminal possession of a weapon in the second degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a weapon in the second degree (Penal Law §§ 110.00, 265.03 [3]). Although defendant's challenge to the constitutionality of Penal Law § 265.03 in light of the United States Supreme Court's decision in New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022]) would survive even a valid waiver of the right to appeal (see People v Benjamin, 216 AD3d 1457, 1457 [4th Dept 2023]), defendant failed to raise a constitutional challenge to the statute before Supreme Court and his challenge is therefore not preserved for our review (see CPL 470.05 [2]; People v Cabrera, — NY3d &mdash, &mdash, 2023 NY Slip Op 05968, *2-7 [2023]; People v David, — NY3d &mdash, &mdash, 2023 NY Slip Op 05970, *3-4 [2023]; Benjamin, 216 AD3d at 1457). We decline to exercise our power to review it as a matter of discretion in the interest of justice (see CPL 470.15 [3] [c]).
Entered: March 15, 2024
Ann Dillon Flynn
Clerk of the Court